UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL FAVORS,

    Plaintiff,

v.                                     Case No. 2:11-cv-13321
                                     Hon. Julian Abele Cook Jr.
                                     Magistrate Judge Mark A. Randon

CITY OF HIGHLAND PARK, GRETTA CONTRERAS,
HOLLIS SMITH, and MAURICE WILLIAMS,
in their individual, and official capacities,

    Defendants.
_____/

## ORDER GRANTING IN PART DEFENDANTS' MOTION TO COMPEL DISCOVERY (DKT. NO. 22)

This matter is before the Court on Defendants' motion to compel answers to its first set of interrogatories and to compel Plaintiff's deposition (Dkt. No. 22). The Court has reviewed the parties submissions (Dkt. Nos. 22, 27); a motion hearing was held on August 7, 2012. Being otherwise fully advised and for the reasons stated on the record,

**IT IS ORDERED** that Plaintiff's deposition shall be scheduled to occur on or before *August 24, 2102.*

**IT IS FURTHER ORDERED** that Defendants' motion to compel answers to its first set of interrogatories is **DENIED** as moot, as defense counsel acknowledged on the record that Plaintiff has provided complete responses.

                                                  s/Mark. A. Randon
                                                  MARK A. RANDON
                                                  UNITED STATES MAGISTRATE JUDGE

Dated: August 7, 2012

### *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, August 7, 2012, by electronic and/or first class U.S. mail.*

*s/Melody Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5540*