UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL FAVORS,

      Plaintiff,                    CIVIL ACTION NO. 11-13321

                                        DISTRICT JUDGE JULIAN ABELE COOK

      v.                            MAGISTRATE JUDGE MARK A. RANDON

CITY OF HIGHLAND PARK, GRETTA CONTRERAS,
HOLLIS SMITH, and MAURICE WILLIAMS,

      Defendants.
_____/

**ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTION TO COMPEL (DKT. NO. 37)**

     This matter is before the Court on Plaintiff's Motion to Compel Deposition Testimony of Defendants Gretta Contreras and Hollis Smith (Dkt. No. 37). Plaintiff requests an order requiring the depositions to occur on January 11, 2013. Defendants responded on January 3, 2013 (Dkt. No. 39).

     Plaintiff's motion is **GRANTED IN PART AND DENIED IN PART**. Defendant Smith's deposition will occur on January 11, 2013. However, Defendant Contreras is unavailable on that date; therefore, the parties must agree on a date for her deposition on or before January 11, 2013[1].

     **IT IS ORDERED**.

                                                          s/Mark A. Randon
                                                          Mark A. Randon
                                                          United States Magistrate Judge

Dated: January 9, 2013

---

[1] Defendants indicate that have already requested a date from Plaintiff for Defendant Contreras' deposition.

-2-

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 9, 2013, by electronic and/or ordinary mail.*

*s/Melody Miles*
*Case Manager to Magistrate Judge Mark A. Randon*